UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMSIN MARIE BERGMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. C19-1266 RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE AND NOTICE OF OPPORTUNITY TO CONSENT** |

The Court **GRANTS** plaintiff's application to proceed in forma pauperis (Dkt. 1) and **ORDERS**:

(1) The Clerk shall provide a copy of this Order to plaintiff.

(2) Because plaintiff does not have a lawyer, the Clerk shall effectuate service electronically as detailed in Amended General Orders 04-15 and General Order 05-15, by sending a copy of the summonses and complaint by email to USAWAW.SSAClerk@usdoj.gov.

(3) The case is currently assigned to District Judge Richard Jones. If plaintiff wishes, she may consent to have Magistrate Judge Brian Tsuchida preside over her entire case through final judgment. If plaintiff wishes to consent to Judge Tsuchida, she may do so by contacting Deputy Clerk Agalelei Elkington at agalelei_elkington@wawd.uscourts.gov, or mailing a letter to Ms. Elkington indicating she wishes to consent to U.S. District Court, 700 Stewart Street,

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING SERVICE AND NOTICE OF
OPPORTUNITY TO CONSENT - 1

1 | Suite 2300, Seattle, WA 98101, attention: Agaleeli Elkington.

2 |      DATED this 13th day of August, 2019.

```
                                    _____
                                    BRIAN A. TSUCHIDA
                                    Chief United States Magistrate Judge
```

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING SERVICE AND NOTICE OF
OPPORTUNITY TO CONSENT - 2